**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT**
**<u>OF WEST VIRGINIA 2400 ROBERT BLD. U.S. COURTHOUSE W.V.</u>**

FILED
NOV 2 9 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

*************************************
Mr. Michael Troy Foreman *
Plantiff *
*
**Vs.** *
Federal Correctional Institution, *
Beckley, Warden Joyce K. Conley *
Doctor Ashok v. Bhalodi, *
Dr. Mclain D.O, Clinical Director *
S. Rose, J. Koby, PA-C S. Taylor, PA-C *
M.Owens, Clinical Nurse N. Rettberg *
D. O. Staff Physician, J. Thompson, A. *
Blankenship, K. Kaiser, J. Kirkland RN/ *
AHSA, J. Griffith, Contract Med. Assistanct *
Beckley Applachain, Regional Hospital *
Beckley West VA., Et Al Defendant *
*************************************

**CIVIL ACTION**

5:04-1260

FILED
NOV 2 9 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**CIVIL ACTION**
**<u>JURY DEMANDED</u>**

**1.)** This is a civil complaint, alleging Medical Malpratice, Medical Negligence claims of negligence and reckless indifference, were negligent in rendering treatment to Michael Troy Foreman when he under went surgery, who now suffers from permanent disabilities, including damage to his left Groin and may not be able to have Children, this Cruel & unusual punishment deliberately indifferent to his health condition, occurred on the date of January 7, 2002 at the Federal Correctional Institution Beckley, West Virginia, State 25301unlawful Restraint, civil rights violation, pursuant to Federal Tort Claims Act ("FTCA "). Deprivation among violations and depriving plaintiff of his Constitutional rights guaranteed under the civil rights act of Federal Tort Claims FTCA.

**<u>JURISDICTION</u>**

**2.)** This court has jurisdiction pursuant to Federal Tort Claims Act ("FTCA "). and considering the constitutional rights violation transpired in the Federal Correctional Institution Beckley, West Virginia, State where plaintiff was medical negligence and reckless indifference.

## PARTIES

**3.)** Plantiff: Michael Troy Foreman 3400 Concord Road York Pa. 17402 York County Prison

Defendant: of West Virginia Federal Correctional institution, Beckley West Virginia., BECKLEY APPLACHAIN REGIONAL HOSPITAL, BECKLEY, WEST VIRGINIA. Warden Joyce K. Conley, Doctor Mclain D.O, Clinical Director S. Rose, S Taylor , M. Owen Clinical Nurse, N. Rethberg D.O Staff Physician, A. Blankenship, NP, J. Thomas, RTR, K. Kiser, PA-C, J. Ziolkowski, RPH, J. Kirkland, RN/ AHSA, J. Griffith, Contract Medical Assistant Et Al.

## LESS STRINGENT STANDARDS

**4.)** The Appellant/Petitioner is a pro-se litigant and is entitled to have his petition for civil complaint, alleging Medical Malpratice, Medical Negligence claims of negligence and reckless indifference, were negligent in rendering treatment to Michael Foreman, pursuant to Federal Tort Claims Act ("FTCA "). and asserted claims construed liberally because pro-se litigant are held to less stringent standards than attorneys drafting such. See. **Richardson v. U.S. 193 F. 3d 545, 548 ( D.C. Cir 1990)**. See also **Hanes v. Kerner, 30 L Ed. 2d 652, 655 (1972)**. ("We hold less stringent standards than formal pleadings drafted by lawyers").

## STATEMENT OF THE CLAIMS

**5.)** Plaintiff Michael Troy Foreman a [34 years old male who was born in Jamaica on November 25, 1970] he enter the United States on or about September 1, 1971, with his mother as a Legal Permanent Resident. On December 10, 1996 Plaintiff Michael Foreman was arrested and beaten by police officer from the 49th Precinct police station in the Bronx New York City. Officer Herbert, Sergeant Joe Doe, and officer Joe doe et. al, all the arresting officers of the 49th Precinct was involved in the beaten. The result of the beaten plaintiff recieved by the hands of the officers of the 49th precinct, was when officer Herbert grabbed the plaintiff by the neck, and said you motherfucking nigga, you want to fuck our women, and sell drugs to our peoples, he then started to kick the plaintiff in his groin, then Sergeant Joe doe kicked the plaintiff in his stomach after the plaintiff fell to the ground officer Herbert, Sergeant Joe doe, and officer Joe doe et, al, was kicking the plaintiff in his groin, stomach, head and back, as from the beaten the following, damages to the left groin resulted in a left varicocele. After the plaintiff was beaten by the police officers, he was then charged on drug offenses by the 49th precinct police officers.

6). On December 16, 1996 the plaintiff was going to court for the offenses that he was beaten down for, by the 49th precinct police officers, the plaintiff then threaten to filed an 1983 civil action law suit against the 49th precinct police officers and the police department, as a result of the civil action, the 49th percinct police officers threaten the plaintiff to drop the civil action against them, the police officers from the 49th precinct threaten the plaintiff Michael Foreman, if he didn't drop the law suit against them, he would recieve 30 years in prison. Though the plaintiff choose not to drop the law suit against the police officers, as a result of that, the 49th precinct police officers contacted with the DEA, and on December 16, 1996 they turned over the case to the Federal government. While the plaintiff was going to court on the federal offense, he was schedule for trial on February 4, 1997, the plaintiff then went to trial, as a result he was bribed in to taking a plea bargin, for 240 Months imprisonment, which was taken back by the plaintiff.

7). The plaintiff was then schedule for a second trial date, which was on or about February 4, 1998,officer Herbert, officer Joe doe and Sergeant Joe doe from the 49th precinct police station, visited the plaintiff at the Federal Courthouse, as a result of the visit, the plaintiff was intimidate, he was then threaten by the 49th precinct police officers to drop the law suit, officers Herbert, officer Joe doe and Sergeant Joe doe, all of the 49 precinct police station Bronx New York City, they said to the plaintiff, if you don't drop the law suit against us we given you 30 years in prison. The officer said to the plaintiff, even though you are indicted with the federal government we got the power to keep you in prison, the plaintiff then plead with the fear of being in prison the rest of his life, as a resulted of intimidation and threats by the police officers, the plaintiff Michael Foreman then withdraw the civil action against the police officers, as a result of a plea bargin, the officers negotiate a plea agreement with the plaintiff for 90 Months imprisonment, the plaintiff then signed the plea agreement. On February 4, 1998, the plaintiff then went to court for sentencing in front of Judge Harold Baer Jr., while the sentencing procedure took place, the Government forced the plaintiff to stated on record that he was beaten by the 49th precinct police officer, in the scope of law, its a violation of the plaintiff amendment constitutional rights. The plaintiff was then sentenced to 90 Months imprisonment, of Federal offense and sent to the Federal Correctional Institution, Beckley West Virginia.

8). On January 7, 2002 plaintiff Michael Foreman was sent on a outside Medical trip, which resulted in a operation on the plaintiff left groin for a Varcocele. That procedure was done by Dr. Ashok v. Bhalodi, of 407 Carriage Drive Beckley, West Virginia 25801, Telephone (304) 252-7180. The operation took place at Applachain, Regional Hospital, Beckley, West Virginia. After the operation was over, on that same date January 7, 2002, the plaintiff return back to the Federal Correctional Institution Beckley. On the 10th of January 2002 the plaintiff went to his first sick call, he then complained to Dr. Mclain D.O. clinical director FCI/FPC Beckley, Beaver West Virginia, that his left groin was swelling and giving him Excruciating pain (See sick call slip attach). Plaintiff Michael Foreman then went to his second sick call January 15, 2002, which was, his second of twenty two sick call, the plaintiff again complain to Doctor Mclain D.O., Clinical Director for the Federal Correctional Institution and FCI/FPC Beckley, Beaver West Virginia, that his left groin is getting worst, the plaintiff complain to Dr. Maclain that his groin was swelling and giving him Excruciating pain (See sick call slip attach).

**9).** Plaintiff Michael Foreman, he then went to sick call on April 24, 2002, attention was given to the plaintiff by J. Thompson RTR FCI/FPC (See sick call slip attach) on September 19, 2002 he went to sick call, attention was given to the plaintiff by J. Thompson RTR FCI/FPC Beckley (See sick call slip attach) on October 8, 2002 he went to sick call, attention was given to the plaintiff by A. Blankenship NP FCI/FPC Beckley (See sick call slip attach).on October 15, 2002, he went to sick call, attention was given to the plaintiff by Dr Mclain D.O. clinical director FCI/FPC Beckley, Beaver West Virginia (See sick call slip attach) on October 31, 2002, he went to sick call, attention was given to the plaintiff by S. Taylor, PA-C certified physician assistant FCI/FPC Beckley (See sick call slip attach) on November 1, 2002, he went to sick call, attention was given to the plaintiff by N. Rehberg. D.O. staff physician FCI/FPC Beckley (See sick call slip attach) on November 7, 2002 the plaintiff went to sick call, attention was given to the plaintiff by A. Blankenship FCI/FPC Beckley (See sick call slip attach) on November 21, 2002 he went to sick call, attention was given to the plaintiff by J. Griffith, Contract Medical assistant FCI/FPC Beckley, Beaver, West Virginia (See sick call slip attach) on December 2, 2002, he went to sick call, attention was given to the plaintiff by S. Rose PA-C, FCI/FPC Beckley (See sick call slip attach).

**10).** On January 22, 2003 he went to sick call, attention was given to the plaintiff by J. Koby PA-C FCI/FPC beckley (See sick call slip attach) on February 7, 2003 the plaintiff went to sick call, attention was given to the plaintiff by Dr. Mclain D.O. Clinical director FCI/FPC Beckley, Beaver West Virginia (See sick call slip attach) on February 21, 2003, attention was given to the plaintiff by (S. Rose PA-C FCI/FPC Beckley (See sick call slip attach) on December 6, 2002, plaintiff Michael Foreman, then went to sick call, attention was given to the plaintiff by S. Rose PA-C FCI/FPC Beckley, as it is noted,on this particular oppointment PA-C S. Rose stated on the sick call slip, That Dr. Mclain decided not to do an examination test on the plaintiff, after the plaintiff was complaining numerious times, that his groin was swelling, and he is going through excruciating pain, (See sick call slip attach) They all neglected the plaintiff, excruciating pain and suffering to his left groin, this, Cruel & unusual punishment of the plaintiff violated his First, Fourth, Fifth, Eight and fourteen Amendment which is a direct violation of the plaintiff constitutional rights of the United States.

**11).** On January 7, 2002 the operation of the Plaintiff was done by Dr. Ashok v. Bhalodi at Applachain, Regional Hospital, Beckley, West Virginia. Doctor Mclain D.O, Clinical Director S. Rose, S Taylor, M. Owen, Clinical Nurse N. Rettberg, D.O Staff Physician, A. Blankenship, NP, J. Thomas, RTR, K.Kiser PA-C, J. Ziolkowski, RPH, J. Kirkland, RN/ AHSA, J. Griffith, Contract Medical Assistant, Et Al; where negligent in, beginning or around January 7, 2002 pursuant to the plaintiff's medical surgury. After having an operation done on January 7, 2002 plaintiff Michael Foreman keep going to sick call, complaining to the medical staff and Dr. Mclain that his situation was getting worst. Plaintiff complained to doctor Mclain that his Groin began to swell bigger and fluid began to form in his left groin, that had been operated on by Doctor Ashok Bhalodi, M.D. of 407 Carriage Drive Beckley, West Virginia, 25801. Plaintiff Michael Foreman also lodged numerious complaints, after operation was done on January 7, 2002, he told Dr. Mclain, Staff Nurse, Et Al, that whenever he finish Urinating, Semen comes out of his Penis.

**12).** On November 1, 2004 At 11: 15PM. Plaintiff Urinating, Blood and Semen came out of his Penis after he was finish Urinating, at 11: 30 PM. The officer was doing his count, he reported to the correctional officer immediately, whose name is officer Zane of the York County Prison, and showed the tissue full of blood and semen that came from his penis after Urinating. Officer Zane stated to the plaintiff that he was willing to sign an affidavit of support that he witness the semen and blood on the tissue which came out of the plaintiff's penis. After the affidavit was drawn up by the plaintiff, officer Zane was instructed by Captain Hare of the York County Prison not to sign the affidavit which is clearly obstruction of justice. Dr. Mclain D.O and the Medical staff worker failing to follow up on the plaintiff's health situation after operation, therefore rendered Cruel & unusual punishment, Medical negligence, claims of negligence and reckless indifference to the plaintiff Michael Foreman. Defendant Beckley Appalachian Regional Hospital, West Virginia corporation, which owned a subsidiary corporation known as the Health Maintenance Organization of Beckley West Virginia, Inc. Where plaintiff Michael Foreman received his medical treatment through BARH West Virginia a health maintenance organization organized by Beckley U.S. Healthcare, as provided to plaintiff through his participation in an incarceration situation, covered by the Federal Correctional Institution, Beckley, West Virginia sponsored by Warden Joyce K. Conley. Plaintiff Michael Foreman received obstetric care directly from defendant physicians through BARH West Virginia.

**13).** The hospital records establish, that plaintiff underwent a pulmonary function of sick call, on numerous test by Dr. Mclain, D.O. Clinical Director FCI/FPC Beckley, N. Rehberg, D.O. Staff Physician, S. Taylor, PA-C certified physician assistant FCI/FPC Beckley, and that the tested results were reviewed by Dr. Mclain the clinical director of the Federal Correctional Institution Beckley, West Virginia at the time. The hospital records contain no treatment plan for plaintiff and the patient Assessment form contains only the notation operation. There is no reference in the hospital record from Dr. Mclain to follow-up action of any kind. I find that the staff members of the Beckley, Appalachian Regional Hospital West Virginia who had contact with plaintiff on January 7, 2002 and numerous date after operation collectively were negligent in not providing for further evaluation of the operation..

**14).** When plaintiff complained to Dr. Mclain and the staff nurse practitioner, who hold a B.S. and a Master Degree in nursing of the B.A.R.H that the situation was getting worst, his groin began to swell bigger, and fluid began to form in his left groin, given the history of plaintiff noted in the hospital record. More specifically, I find Dr. Mclain and all the staff negligent in failing to follow up on plaintiff's health situation. The Defendants were negligent in failing to exercise the degree of skill, care and diligence that would be exercised by a reasonably prudent orthopedic surgeon in Appalachian, Regional Hospital, Beckley, West Virginia during January 7, 2002, as hereinafter set forth. Dr. Mclain D.O. Clinical Director FCI/FPC Beckley, and the prison medical staff was deliberately indifferent to the plaintiff health condition and negligent, when they failed to see, and evaluate the plaintiff in response to his sick call, and repeated complaints that the pain was excruciating in his left Groin.

**15).** Under sec. 1983 a deliberate indifference is shown. Under 28 U.S.C. sec. 2679, sec. 2680 Negligence in the neglected medical attention and delay in treatment, support an exception to the bar for damages pursuant to 28 U.S.C. sec. 1346 (b). It's true that the United States of America is the appropriate claims through the actions of Federal officials, Law enforcement officer & Warden Joyce K. Conley whom sign permission for Dr. Ashok v. Bhalodi take the plaintiff to Applachain, Regional Hospital, Beckley, West Virginia. However under the F.T.C.A. plaintiff Michael Foreman establish negligence, and cause when his treatment was neglected. The neglected cause permanent damages to his left Groin, excruciating pain, Blood and Semen came out of his Penis when he Urinating may not be able to have children. **Bramwell V. U.S. Bureau of Prison** 3 Cal. Daily Op. Serv. 9329, 2003, Daily Journal D.A.R. 11, 758. Federal tort claim Act. (FTCA) is a waiver of the United States Sovereign Immunity and it grants subject matter jurisdiction to Federal courts for claims that arise from certain Tortuous conducts by government employee. 28 U.S.A. sec. 1346. The United States may not be sued unless the Government has waived it's sovereign immunity **Balser V. Dep't of Justice** 327 F.3d 903, 907 (9th Cir. 2003) **Citing Dep't of Justice of Army V. Bluefox, INc., 525 U.S. 255, 260, 119 S.Ct. 687, 142 L.ed.2d 718 (1999).**

**16).** The FTCA is such a waiver, and it grants subject matter jurisdiction to Federal courts for claims that arise from certain tortuous conduct by Government employee. See 28 U.S.C. sec. 1346 (b)(1), however the FTCA broad waiver of sovereign immunity is subject to thirteen specific exceptions See 28 U.S.C. sec. 2680 (a)(n). The United States court has specifically held that intentional misconduct by B.O.P officers give rises to a cause of action under sec. 2689 (hg) **Carlson V. Green 446 U.S. 14, 20 100 S.Ct. 1468 64 L. Ed.2d. 15 (1980).** Sec. 2679 (b)(1) of the Federal Tort claim act provides that suit against the U.S. is the exclusive remedy for damages, for injury or loss of property " Resulting from the negligent or wrongful act or omission of any employee of government while acting within the scope of his office or employment. 28 U.S.C. sec. 2679(b)(1) This provision provides individual Government officers and employees acting within the scope of their employment with immunity against common law tort claims. See **Rivera V. U.S. 928 F.2d 592 (2nd Cir. 1991).** Also **Beattie V. U.S. 756 F.2d 91, 244 U.S. app. D.C. 70 (C.A.D.C., 1984)** maintain " United States District court in District of Colombia has jurisdiction under FTCA for wrongful Death negligence by Navy who cause plane crash in Antarctica, since it's not a foreign country. Here such department had no immunity bar against suit.

**17).** There is over 13 exception to the Immunity bars against suit, under section 2680(k) we find; The FTCA acts as a waiver of sovereign immunity in specified types of cases. Section 2680 of the FTCA list several exceptions to that waiver. One of those retention of sovereign immunity is involved here: Section 2690 (k), which withholds FTCA jurisdiction from " any claim arising in a foreign country" Liability under section 1983 maybe imposed on municipality for failure to properly trained & supervised it's police forces, only if this failure amounts to deliberate indifference to the rights of person with the people came into contact. **Ramirez V. U.A. 998 F. Supp 425 (D.N.J. 1998),** the defendant are suable. **In Mitchelle V. Forsyth 472 U.S. 511, 526, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985)** The court hold " Unless the plaintiff allegation state claim for violation of clearly establish law, a defendant pleading qualified immunity is entitled to dismissal before commencement of discovery." Plaintiff had a well pleaded claim of neglected medical treatment that resulted in damaged to his left Groin. His pleading being a pro-se litigant should be considered liberal, and his pleading is true, direct violation of the plaintiff constitutional rights.

**18).** Pliantiff Michael Foreman establish that their is enough evidence to support that their was beaten by the 49th precinct police officers that left damaged to his Groin which would indicate that the treatment was in adequate, and there to the non-moving party see **Oshiver Vs. Lewin Fishbien, Sedran & Berman. 38 F.3d 1380, 1384 (3rd Cir. 1994)**. Here the question is whether the plaintiff can prove any set of facts consistent with his allegations that will entitle him to relief, not whether he will ultimately prevail. **Hishon V. King & Spalding 467 U.S. 69, 73, 104 S.Ct. 2229, 81 L.Ed.2d 659 (1984).** *" The claimant must set forth sufficient information to outline the elements of his claim or to permit inferences to be drawn that these elements exist."* See Federal Rule Civ. Proc. 8 (a)(2) **Conley V. Gibson 355 U.S. 41, 45-46 78 S.Ct. 99 2 L. Ed.2d 80 (1957).** Also **Bivens V. Six Unknow Name Agents of the Federal Bureau of Narcotis 403 U.S. 388, 91 S.Ct. 199, 29 L.Ed.2d 619 (1971).** Third circuits has imposed a heightened pleading standard in civil rights actions, complaints against Government officials in their personal capacity must *"contain a modicum of factual specificity identifying the particular conduct of defendants that is alleged to have harmed the plaintiff"*

**19). Colburn V. Upper Darby Township, 838 F.2d 663, 666 (3rd Cir.)** & **Quoting Ross V. Meagoan 638 f.2d 646 (650) (3rd Cir. 1981).** *" To satisfy this standard, a plaintiff must " alleged the specific conduct violating the plaintiffs rights the time and the place of that conduct, and the identity of the responsible officials"* The plaintiff must plead the personal involvement of each defendant with specificity and with sufficient facts to overcome a likely defense of Immunity, **Biase V. Kaplan 852 F. Supp. 268 287 (D.N.J 1994)** The Supreme court has recently held that a Bivens action may only be brought against individual Federal officials, not against a Federal Agency see Id. 510 U.S. at 484-84, However under Federal Tort Claim Act 289 U.S.C. sec. 1346(b), 2401, 2671, et seq. The FTCA waives the sovereign Immunity of the United States for certain Torts committed by Federal Employees within the scope of their employment. Specifically sec. 1346(b) grants Federal courts jurisdiction to hear claims that are Against the United States, for money damages, for injury, loss of property, personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, Under Circumstances where the United States, if a Private person would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

**20).** The United States is the only proper defendant in such a suit. The remedy against the United States is exclusive; a plaintiff may not bring action against the employee or Federal Agency whose acts gave rise to the injury See 28 U.S.C. sec. 2679 (b)(1) **Dilg V. U.S. Postal Service, 635 F. Supp. 406, 407 (D.N.J 1985)**. Under the Federal Tort Claim Act, the United States is liable ***" in the same manner and to the same extent as a private individual"*** Would be under applicable state laws 28 U.S.C. sec. 2674. Plaintiff Michael Troy Foreman has establish all remedy, that Dr. Ashok v. Bhalodi, Dr. Mclain D.O, Clinical Director FCI/FPC Beckley and the prison staff et al., was collectively, negligent in not providing for further evaluation of the operation.

## 1ST CAUSE OF ACTION

**1.)The actions of the Defendant as listed in paragraphs (1) to (5) has violated plaintiff constitutional rights and rights against Racial discrimination pursuant to section 2000e when they :**

**a.)** Violated his Eighth Amendment right to be free from cruel and unusual punishment and medical negligence against both the prison and hospital staffs
**b.)** Did not believe plaintiff was going through excruciating pain in his left Groin
**c.)** Medical Malpratice, Medical Negligence claims of Negligence and reckless indifference
**d.)** Violate plaintiff 4th Amendment rights against unlawful medical assistance
**e.)** Violate plaintiff 8th Amendment rights according to Estelle v. Gamble, 429 U.S. 97, 106 (1976).

## RELIEF

WHEREFORE plaintiff request this honorable court grant the following relief:

**A.)** Order a preliminary injunction ordering the defendants to release all records required to expadite this proceedings.

**B.)** Damages for $60,000,000.00 Sixty Million Dollar against Doctor Ashok v. Bhalodi, of 407 Carriage Drive Beckley, West Virginia 25801, Telephone (304) 252-7180, the operation took place at Applachain, Regional Hospital, Beckley, West Virginia. equal protection violation and for discriminative selective tactic choosing to Cruel & unusual punishment an against all the defendant.

**C.)** Award punitive damages of One Hundred Million Dollars against the defendants $100,000,000.00 for conspiracy to discriminate and Medical Malpratice, Medical Negligence claims of Negligence and reckless, deliberately indifferent to the plaintiff health condition, when they deprived the plaintiff of his Constitutional rights to libberty and for endangering his life by Neglect Medical assistance when he were complaining on Dr. Mclain D.O. Clinical Director FCI/FPC Beckley and prison staff et al, that his Groin swelled bigger and he was going through Excruciating pain.

Respectfully Submitted,
Michael Foreman
Michael Troy Foreman
Date 11 / 26 / 2004

Respectfully sudmitted,

Michael Foreman

Michael Troy Foreman
Prison I.D.#:
York County Prison
3400 Concord Road
York, PA 17402-9007
Movant/Petitioner *Pro-Se*

Pursuant to 28 U.S.C. Sec 1746 by my signature above, I declare under penalty of perjury that the foregoing is true and correct. Executed and signed on November 26, 2004

______________________________ (6)

## CERTIFICATE OF SERVICE BY MAIL

STATE OF PENNSYLVANIA )
) Ss:
COUNTY OF YORK )

Micharl Troy Foreman, being duly sworn, deposes and says that:

I am the Appellant/Petitioner named herein, that I am a party to this action; and I am presently incarcerated at York County Prison, located at 3400 Concord Road, York, PA 17402-9007.

On November 26/ 2004, I placed in a mailbox under the care and supervision of the authorities of the York County Prison, one original and two exact copy of this **CIVIL ACTION, PURSUANT TO FEDERAL TORT CLAIMS ACT ("FTCA ").** by hand delivered by the United States Postal Service to the following party:

**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA 2400 ROBERT BLD. U.S. COURTHOUSE W.V.**

Respectfully Submitted,
Michael Foreman
Michael Troy Foreman
Prison I.D.#:
York County Prison
3400 Concord Road
York, PA 17402-9007
Appellant/Petitioner *Pro-Se*

Pursuant to 28 U.S.C. Sec 1746 by my signature above, I declare under penalty of perjury that the foregoing is true and correct. Executed and signed on November 26 / 2004

I am further requesting that if for any reason (s), such errors and defects cannot be waived, that I be advised of the same and that I be advised as to the correct manner form of an attorney of suitable experience and/or in the form of instructional booklets with the appropriate methods. The reason(s) for this request is due to the lack of appropriate filing forms in this facility.

**Enclosed is the Certificate of Service by mail send to the office of the United State District court on this dated of the Federal Tort Claims Act (FTCA), filed by the Appellant/Petitioner on the November 26 / 2004 in the referenced above.**

I will anticipate a prompt response to this matter. In the interim, I thank you for your time, patience, understanding and assistance in this matter.

Respectfully Submitted,
Michael Foreman
Michael Troy Foreman
Appellant/Petitioner *Pro-Se*

Pursuant to 28 U.S.C. Sec 1746 by my signature above, I declare under penalty of perjury that the foregoing is true and correct. Executed and signed on November 26 / 2004

# EXHIBIT

# A

SEE ALL COPY OF MEDICAL RECORD
ATTACHED IN ORDER

SN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 10/10/01 | Food Service physical complete, I/m cleared |
| 0905 | for food service —— J. Griffith MA |
| | J. Griffith, Contract Med. Asst., FCI/FPC Beckley, Beaver, WV |
| | LABS DONE |
| | Date: 1-3-02 |
| | Initials: [illegible] |
| | Time: 1410 |
| | Signature: Hellen Shreve |
| | Hellen Shreve, Lab Tech |
| 1-7-02 | S: Inmate returned from outside medical trip |
| 1342 | For varicocele et inguinal hernia. |
| 96.9 | O: Vitals WNL, (R) inguinal hernia repair c Steri-strips Dsg |
| 24/74 | et intact, moderate scrotal swelling, C/O pain, |
| 63. | A: Alteration in comfort |
| | P: [struck through] convalescent x 1wk, Scrotal support Lg given, |
| | Return to health services c any ↑ pain or bleeding c |
| | Verbalization of understanding, |
| given 1330 | Tylenol #3 [illegible] i or ii PO tid Prn #18 / VO Dr McLein |
| | —— Jim Walker RN / Jeff Walker RN |
| | [illegible] Clinical Director, FCI Beckley, Beaver, WV |

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

RECORDS MAINTAINED AT ▶

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| Foreman Michael | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 39573-080 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
| --- | --- |
| 1-10-02 | Wt 206 BP 140/80 P 86 T 98.7 R-16 |
| 1001 | S - Inmate c̄ c/o pain since his surgery on 11/5/02 per Note by Dr McLain. States pain is no greater but also no less. No c/o fever. |
| | O - Exam of left lower quadrant reveals steri strips in place, wearing scrotal support. |
| | No ↑ erythema or warmth or discharge to indicate infection. |
| | A - Post surgical pain |
| | P. ① Educated to condition and Rx |
| | ② F/U PRN |
| | ③ Tylenol #3 ii PO BID x 3 days #12 NR |
| | ④ D/W c̄ Dr McLain |
| | [signature] K. KAISER PA-C FCI/FPC BECKLEY |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV [initials] |
| | Cathy Massey |
| 10:32 | 11/10/02 |
| 2/15/02 | Admin Note - See injury assessment |
| 1312 | T. Davis-Gilly RN / T. Davis-Gilly RN |
| | D. MCLAIN, D.O. CLINICAL DIRECTOR FCI/FPC BECKLEY [initials] |

STANDARD FORM 600 BACK (REV

7540-00-634-4176

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 4/24/03 | [illegible] BP 106/70 P 66 T 97.5 R 18 |
| [illegible] | S: c/o (L) eye c̄ redness c̄ pain since [illegible] |
| | [illegible] [illegible] [illegible] [illegible] |
| | O: [illegible] |
| | (L) eye — ⊖ FB [illegible] |
| | [illegible] [illegible] [illegible] |
| | [illegible] [illegible] [illegible] |
| | ⊖ FB |
| | [illegible] |
| | A: Corneal Abrasion (L) |
| | P: (1) [illegible] [illegible] (L) eye [illegible] [illegible] |
| | (2) [illegible] [illegible] |
| | (3) [illegible] |
| | (4) [illegible] [illegible]. |
| | [signature] |
| 9-19-03 1340 | Chest x-ray completed. J Thompson RTR |
| | J. THOMPSON RTR FCI/FPC BECKLEY |

RECORDS MAINTAINED AT

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| [illegible] Michael | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. [illegible] | DATE OF BIRTH |

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| [illegible]/17/02 | wt 204 BP 128/76 P 67 T 98? R-16 |
| 1130 | Called I/M name + checked out post I/M not to Health |
| | services |
| | J A Blankenship, CPhT [signature] |
| | J. A Blankenship, CPhT |
| [illegible]/17/02 | S) Pt c/o Abscess on back of neck x > 6 months. not |
| 1253 | tender to touch. Some discharge |
| UKDA | O) 1 1/2 cm round fluctuant nodule on posterior neck area. |
| [illegible] | Tender to touch. redness ⊘ hot spot. |
| | ⊘ Discharge |
| | A) Abscess / post. neck vs sebaceous cyst |
| | P) Keflex 500 mg PO QID x 7 Days |
| | educate Pt on mech - 6z discomfort, n/, rash. + Tx plan |
| | To be placed on Callout 10/8/02 1400. to have |
| | excised. [signature] |
| | M. Clark PharmD FCI/FPC Beckley |
| | A. BLANKENSHIP NP FCI/FPC BECKLEY |
| [illegible]/8/02 | S) Pt in for f/u and I D of sebaceous cyst. |
| 1345 | O) 1 1/2 cm round fluctuant nodule post. neck |
| KJA | A) sebaceous cyst |
| | P) consent signed |
| | Area cleaned + numbed c 1% lidocaine c epi |
| | linear cut made c #15 blade + cyst removed c sac intact |
| | sutured c Nylon #5 x 5 sutures. Area cleaned + dressing |
| | Applied. Procedure done using sterile techn |
| | Pt tolerated procedure well |
| | Pt educated on wound care + S/S of infection + meds, 6z upset, |
| | ulcers, bleeding + precaution |
| | MOTRIN 800 mg Take c PO Q8H c food x #15 (Cont) |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 10/15/02 | S: c/o Jock Itch - x 1 week - |
| 0530 | O: A&O x 3 Amb in cell c Steady gait |
| SHU | A: Tinea Cruris |
| | P: (1) Clotrimazole Cream - BID # 1 Tube [illegible] |
| | (2) Pt. Ed Re: Skin care - |
| | (3) [illegible] |
| | (4) F/U [illegible] |
| | [signature] |
| | D. MCLAIN, D.O. CLINICAL DIRECTOR |
| | FCI/FPC BECKLEY Dom |
| | (pharmacy) |

RECORDS MAINTAINED AT

PATIENT'S NAME (Last, First, Middle Initial): FOREMAN MICHAEL

SEX

RELATIONSHIP TO SPONSOR

STATUS

RANK/GRADE

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE

SSN/IDENTIFICATION NO. 39573-054

DATE OF BIRTH

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 10/31/02 | S) I/M in for suture removal. States he feels fine |
| 1500 | O) B/P 140/80 P 90 R 16 T 98° [illegible] |
| | wound edges well approximated. ⊖ Discharge ⊖ redness |
| | A) S/P [illegible] in for suture removal |
| | P) Removed sutures s̄ incident. |
| | Re-educated on wound care. |
| | F/U PRN. |
| | [signature] |
| | c̄ A. Blankenship, CTA [illegible] |
| 10/31/02 | Wt - 266 BP - 142/80 P - 96 T - 98° R - 16 |
| 1100 | S: c/o coughing real bad, ⊕ green mucous sore throat |
| | x 1 week. NKDA ⊕ smoking. also c/o Ⓛ testicle tender and larger than Ⓡ testicle. States he had surgery for a |
| | varicocele in 1/02 |
| | O: TM's intact s̄ redness or bulging, ⊕ red nasal |
| | mucosa c̄ ⊕ clear mucoid drainage, ⊕ pink moist |
| | oral mucosa s̄ any lesions or exudates ⊕ gag |
| | reflex, ⊖ palpable cervical lymph nodes, |
| | Heart RRR s̄ murmurs. Lungs CTA B ⊖ wheezing or crackles. |
| | Genital exam (examined by Dr. McLain (D)) ⊕ mild |
| | enlargement of Ⓛ epididymis but ⊖ palpable masses |
| | (continued) |

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

RECORDS MAINTAINED AT ▶

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

PATIENT'S NAME (Last, First, Middle Initial): Foreman, Troy

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.: 37577-054 | DATE OF BIRTH: Nov 1976

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry |
|---|---|
| 10/31/02 | O: (continued) Ø masses Ø tenderness of testicle |
| 1100 | Øscrotal masses, |
| | A: ① Probable Viral URI c coughing |
| | ② Hx of varicocelectomy Ⓛ |
| | P: ① Actifed i po BID PRN x#10 |
| | ② Humibid DM i po BID PRN x#14 |
| | ③ Tylenol 500mg i po BID PRN x#15 |
| | ④ Pt ed on exams, meds c ↑H2O |
| | ⑤ Will continue to follow pt for now |
| | ⑥ RTC if sx persists Ø worsen. |
| | S. TAYLOR, PA-C, CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| | M. Clark PharmD FCI/FPC Beckley |
| | |
| 11-1-02 | S: c/o intermittent sharp pain over mid-sternal area. |
| 1730 | O: T. 97.4 P. 78 R. 16 BP 170/86. (Re-✓ p̄ 15 min. – 152/84) |
| | Skin W+D – non-diaphoretic. Lungs clear. Denies dyspnea |
| | Pain reproducible. EKG reveals NSR. Denies cardiac |
| | Hx or family Hx of cardiac problems. BS Active x4. |
| | Abd soft, NT, ND. Was seen yesterday for URI & placed on meds. |
| | A: Alteration in comfort R/T cough 2° URI |
| | P: Per Nsg. Protocol: ① Continue meds written on SC |
| | yesterday. Report to HS immediately if symptoms |
| | persist or worsen. [signature] RN |
| | M. Owens Clinical Nurse FCI/FPC Beckley |
| | N. REHBERG, D.O. STAFF PHYSICIAN FCI/FPC BECKLEY |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each ent |
|---|---|
| 11/7/02 | (Cont) F/u m/c [illegible] |
| 1135 | A. BLANKENSHIP |
| | FCI/FPC BECKLEY |
| 11/21/02 | Admin Note: I/m was a no show for his |
| 1055 | 1030 sick-call appointment — [signature] CMA |
| | J. GRIFFITH, CONTRACT MEDICAL ASSISTANT FCI/FPC BECKLEY BEAVER, WV |
| 4/26/02 | Wt 201 BP 124/78 P 61 T 97.3 R 16 |
| 10:50 | S: c/o (L) Scrotal Pain x 10 months — |
| | H/o (L) Varicocelectomy 1/7/02 — |
| | O: VSS — |
| | G/U → (+) Descended Testicles x 2 |
| | (+) Tender (L) Epididymis |
| | from Inferior Pole to Superior Pole |
| | Ephren's (+) [illegible] |
| | A: Epididymitis — |
| | P: ~~(1) Doxycycline 100 [illegible] BID~~ #28 [illegible] |
| | (2) |
| | (1) Pt. Refuses Medication @ Present |
| | time. Pt. aware of Diagnosis |
| | and education provided |
| | Regarding Epididymitis. Pt. States |
| | "I am not an animal, I should |
| | not have to take Medication to |
| | fix this." Requests Surgery. |
| | (2) F/U via Sick Call PRN — |
| | (3) Chart [illegible] — [signature] J. KOBY PA-C |
| | (4) Pt.'s attitude Bitter Belligerent + [illegible] FCI/FPC BECKLEY |

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 12-2-02 | Wt 288 1/2 BP 140/84 P 85 T 98.6 R 16 |
| 1415 S) | IM c/o L testicular pain since his varicocele was corrected in January. Has been wearing a jock support. Nothing has helped. States that his testicle on the L is larger. Denies problem c urination or discharge. Also has hx of L inguinal hernia |
| O) | NAD A&O x 3 |
| | Genital - L Testicle tender to palpation. L testicle is larger than right. Testes are descended bilat. ∅ Penile discharge. No masses palpated. |
| A) | L Testicular pain |
| P) | Reviewed chart & labs. PT ED to Dx & Tx. Continue to wear support. PT ED to avoiding tobacco products, proper hand washing, and routine exercise. PT ED to meds, compliance, and side effects. F/u via sick call prn. |
| * | Motrin 800mg T po q 8° c meals prn #42 NR |
| | M. Clark PharmD FCI/FPC Beckley — [signature] S. ROSE PA-C FCI/FPC BECKLEY |

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

| RECORDS MAINTAINED AT | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Foreman Troy Michael | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34573-054 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 12/6/02 1045 | Admin Note: I/M was a no-show for his 1030 sickcall appointment - J. Griffith MA — J. GRIFFITH, CONTRACT MEDICAL ASSISTANT, FCI / FPC BECKLEY, BEAVER, WV |
| 12-04-02 | Admin Note - Utilization Review decided not to do ultrasound Dr McLain suggest to follow at this particular time. [signature] — S. ROSE, PA-C, FCI/FPC BECKLEY |
| 12/11/02 1250 | wt BP 147/83 P 77 T 98° R-16 |
| | S: C/o cough c̄ green phlegm x 4 days - (+) nasal congestion |
| | O: VSS — |
| | Heent - TM's - WNL — |
| | Posterior pharynx - [illegible] |
| | Nasal - (+) inflammation (+) clear drainage |
| | Heart - S1 S2 RRR (no) S3 S4 |
| | A: URI — |
| | P: ① Actifed 1 po BID #16 ØRF — |
| | ② Tylenol 500 ii po q6 #20 ØRF |
| | ③ I/M pt ed re: medication |
| | ④ Cont [illegible] |
| | ⑤ C/O [illegible] sick call [illegible] |

M. Clark PharmD
FCI/FPC Beckley

J. KIRBY
PA-C
FCI/FPC BECKLEY

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 12 Dec 02 | Admin note: Issued 1 pair soft shoes size — |
| 13:00 | [illegible] K. Law RN K. LAW, R.N. |
| | |
| 1-10-03 | wt 210 BP 144/92 P 70 T 96.9 R- |
| 1048 | S: Pt here for c/o swelling and pain in groin |
| | states he had a varicocelectomy on 1/7/02 and is |
| | still painful. Wants a sonogram. Denies any |
| | trouble urinating & discharge. Denies burning |
| | c urination. NKDA. ~~NKDA~~ |
| (Exam Done by B. [illegible] Dr. McLain and D. [illegible]) | O: Genital exam ⊕ mild thickening of Ⓛ epididymis |
| | No testicular masses, ⊕ mild tenderness of |
| | the epididymis c palpation. Ø redness Ø swelling |
| | of scrotal area Ø penile discharge. |
| | A: Ⓛ Epididymitis |
| | P: ① Doxycycline 100mg i po BID x 14 Days |
| | ON PILL LINE ONLY. |
| | ② Pt ed on med on pill line and compliance |
| | and exam and tx plan. |
| | ③ RTC if sx persist [illegible] |
| | [illegible] McLAIN D.O., CLINICAL DIRECTOR FCI/FPC BECKLEY BEAVER, WV — [signature] CERTIFIED PHYSICIAN ASSISTANT |

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

RECORDS MAINTAINED AT ▶

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| Coleman Michael | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34573-054 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 1-22-03 | T 97.4 Wt 208 BP 152/89 P 74 R 16 |
| 1245 | S: c/o (L) Testicular Pain x >1 year |
| | H/o (L) Varicocelectomy 1/7/02 — Pain continues — |
| | Finished Doxycycline 12/02 — |
| | (-) Penile Discharge — |
| | O: VSS — |
| | G/U — (+) Descended Testicles x 2 |
| | (+) Tender & Swelling (L) (mild) |
| | epididymitis + (L) Testicle |
| | (-) Masses ∅ Hernias — |
| | (+) Cord Structure Intact |
| | A: Epididymitis / Orchitis |
| | P: (1) Doxycycline 100mg i po BID #28 ∅RF |
| | (2) IBU 800mg i po TID #21 ∅RF — |
| | (3) F/U via Sick Call 2 weeks PRN |
| | (4) Pt. Ed Re: ATB Therapy |
| | (5) [illegible] |
| | (6) [illegible] |
| | J. KOBY PA-C FCI/FPC BECKLEY |

RECORDS MAINTAINED AT

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| [illegible] | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. [illegible] | DATE OF BIRTH |

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

CHRONOLOGICAL RECORD OF MEDICAL CARE

**STANDARD FORM 600 (REV. 5-84)**
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 2/7/03 | WT-210 T-97.9 P 91 R-16 BP-154/94 |
| 0955 | S: F/U 1/27/03 — c/o (L) Testicular Pain > 1 yr |
| | Worsening > x 1 week — |
| | H/o Vasectomy 1/7/02 (pain ever since) |
| | Currently Taking Doxycycline — Helped @ first |
| | Now Pain Worse — (-) Dysuria (-) [illegible] |
| | O: VSS — |
| | G/U — Testicles Descend Intact |
| | (+) Tender (L) Testicle |
| | (+) Tender (L) Epididymis |
| | (Rad into (L) ABD) — |
| | (-) Discharge (+) [illegible] |
| | A: Epididymitis/Orchitis (L) |
| | P: (1) Cipro 500mg PO BID #28 0RF |
| | (2) [illegible] Rx: [illegible] |
| | [illegible] Doxycycline — [illegible] |
| | (3) [illegible] |
| | (4) F/U [illegible] Call [illegible] |
| | (5) Discussed Importance of Taking Medication — J. KOBY PAC FCI/FPC BECKLEY |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV |

PHARMACY MEDICATION COUNSELING
BRIEF INTERMEDIATE EXTENSIVE
UNDERSTANDING REFERRAL FAIR/GOOD
PRINTED INFORMATION GIVEN Y/N
COMMENTS:

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
| 2-21-03 | W 208 BP 113/91 P85 R16 |
| 1045 S) | I/M c/o ongoing testicular pain for > 1yr |
| | H/O varicocelectomy. Has taken multiple antibiotics |
| | s̄ any relief. I/M states nothing has been |
| | done for him. ON scale of 1-10 rates pain as 3 |
| O) | NAD A&Ox3 Speech clear. |
| | Genital- Testicles descended bilat ∅ obvious |
| | swellings or deformities No masses ∅ hernias |
| | L testicular swelling mild |
| A) | L Testicular Chronic Pain |
| P) | Reviewed chart, labs, and dx studies. PT seen |
| | by Dr McLain. I/M very argumentative |
| | in office States he is not being tx'd properly |
| | Dr McLain states he has been tx'd properly c̄ |
| | antibiotics and ultrasound. He also explained |
| | that we would discuss his case through |
| | utilization review. PT ED to Dx & Tx. F/u |
| | via sick call prn. PT ED to meds, compliance |
| | and side effects |
| * | Ibuprofen 800mg i po q8° c̄ meals prn #42 NR |
| | [signature] PAC |

S. ROSE
PA-C
FCI/FPC BECKLEY

Pt. info given

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

| RECORDS MAINTAINED AT ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Foreman, Michael | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34573-054 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Left

DAMAGE OF groin

**Prison Health Services**

## PROGRESS NOTES

| Date / Time | Resident's Name Foreman Michael | ID# 80492 | D.O.B / / |
|---|---|---|---|
| JUL 0 8 2004 | Dr Call 33400 | | |
| 1155 | S/ C/o Enlargement of (L) testes painful/tender over past 2 mos. PH of urological surgery for varicocele 2 yrs ago. | | |
| | O/ (L) testes – evident enlargement noted – tenderness (L) testes (R) – NL S/S | | |
| | A/ 1) R/O Recurrent varicocele 2) Epididymitis | | |
| | P/ 1) Refer to orders – Doxycycline bid x 15D 2) Naprosyn 500 mg i tab b.i.d x 30D. 3) U/S (L) testes 4) Urology Referral 5) Sonogram (L) testes (compare c prev. study) UTIL MGT/REVIEW FORMS Completed/Submitted [signature] CHARLES W. NORRIS, M.D. | | |
| [illegible] 2004 | Addendum Plan: 1) RTC Dr Call x 2-3 wks [signature] CHARLES W. NORRIS, M.D. | | |

CC 023